June 26, 2009

Ms. Jane M. N. Webre
Scott Douglass & McConnico, L.L.P.
600 Congress Ave., Suite 1500
Austin, TX 78701-2589
Mr. Vincent L. Marable III
Paul Webb, P.C.
221 N. Houston Street
Wharton, TX 77488

RE: Case Number: 07-0697
 Court of Appeals Number: 04-04-00108-CV
 Trial Court Number: 2002-CI-00925

Style: PAUL H. SMITH, ET AL.
 v.
 THOMAS O'DONNELL, EXECUTOR OF THE ESTATE OF CORWIN DENNEY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. (Justice Hecht and Justice Green
not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Keith E. Hottle |
| |Ms. Margaret G. |
| |Montemayor |